## SUMMERS et al. v. HOUSTON.

No. 7761—Opinion Filed Jan. 30, 1917.

(162 Pac. 1097.)

### Appeal and Error — Supersedeas Bond — Judgment Against Sureties—Statute.

In a case appealed to the Supreme Court, where supersedeas bond has been given staying execution, and the judgment here is against the appellant, this court, by virtue of the provisions of chapter 249, Sess. Laws 1915, will enter judgment against the sureties on such bond.

(Syllabus by Bleakmore, C.)

Error from District Court, Bryan County; Jesse M. Hatchett, Judge.

Action by J. R. Houston against Dave Summers and another. Judgment for plaintiff, and defendants bring error, and after judgment of Supreme Court against appellants, motion filed for judgment against sureties on supersedeas bond. Motion sustained, and judgment entered against sureties.

See, also, ante, p. 280, 162 Pac. 474.

Hatchett & Ferguson and Parker & Simons, for plaintiffs in error.

Hayes & McIntosh, for defendant in error.

Opinion by BLEAKMORE, C. On appeal to this court from a judgment of the district court of Bryan county a supersedeas bond was filed, executed by the plaintiffs in error, Dave Summers and J. A. Alderson, as principals, and J. J. Gibson and H. H. Chaffin, as sureties, to stay said judgment.

On the 21st day of July, A. D. 1915, there was judgment of this court against the ap-

pellants; and motion has been filed herein for judgment against the sureties on such supersedeas bond. By virtue of the provisions of chapter 249, Session Laws 1915, as construed in Long v. Lang, 49 Okla. 342, 152 Pac. 1078, the motion is sustained.

Judgment is therefore entered in this court against J. J. Gibson and H. H. Chaffin, as sureties, in the sum of $758.50, together with interest thereon at the rate of 6 per cent. per annum from the 21st day of July, 1915, until paid, and all costs of the action.

By the Court: It is so ordered.